UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:      BK No.: 23-08440
Randolph Hearn Baylark

Chapter: 13

Honorable Timothy Barnes

Debtor(s)

**Order Confirming Plan**

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 25, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: August 24, 2023